No. 58.  ULLMANN *v.* UNITED STATES.  Certiorari, 349 U. S. 951, to the United States Court of Appeals for the Second Circuit.  The motion for leave to file brief of Emergency Civil Liberties Committee, as *amicus curiae,* is denied.

No. 7, Original.  UNITED STATES *v.* LOUISIANA, 340 U. S. 899.  The motion of the plaintiff for modification of decree is denied.  THE CHIEF JUSTICE, MR. JUSTICE CLARK, and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.  *Attorney General Brownell, Solicitor General Sobeloff, Assistant Attorney General Rankin, Oscar H. Davis, John F. Davis* and *George S. Swarth* for the United States, plaintiff. *Fred S. LeBlanc,* Attorney General, *John L. Madden,* Assistant Attorney General, *Bailey Walsh,* Special Assistant Attorney General, *W. Scott Wilkinson, L. H. Perez* and *Frank J. Looney* for the State of Louisiana, defendant.

No. 10, Original.  ARIZONA *v.* CALIFORNIA ET AL.  The report of the Special Master is received and it is ordered that exceptions thereto, if any, by the California defendants be filed on or before Friday, October 14th, next.  It is ordered that *Simon H. Rifkind,* of New York City, be and he hereby is appointed Special Master in this case in the place of *George I. Haight,* deceased.  THE CHIEF JUSTICE took no part in the consideration or decision of these questions.

No. 12, Original.  SOUTH CAROLINA *v.* GEORGIA ET AL. The motion for leave to file complaint is denied.  *T. C. Callison,* Attorney General, for the State of South Carolina, plaintiff.  *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Thomas L. McKevitt* for the United States, and *Eugene Cook,* Attorney General, and *Thomas H. Gignilliat,* Deputy Assistant Attorney General, for the State of Georgia, defendants.